AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Public Administrator of the County of Nassau, as Administrator of the Estate of Emanuel McElveen, deceased,<br><br>*Plaintiff(s)*<br><br>v.<br><br>County of Nassau, County of Nassau Correctional Center, Nassau County Sheriff's Department, Nassau Health Care Corporation, Armor Correctional health Services, Inc. and Armor Correctional Health Services<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* County of Nassau
1 West Street
Mineola, NY 11501


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nicholas E. Warywoda, Esq.
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
516-466-65900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*