**Parker | Waichman LLP**
A NATIONAL LAW FIRM

NEW YORK | LONG ISLAND | NEW JERSEY | FLORIDA

6 Harbor Park Drive
Port Washington, NY 11050-4647
Phone 516.466.6500
Fax 516.466.6665
800.LAW.INFO (529.4636)
www.yourlawyer.com

November 13, 2017

**VIA ECF**
Honorable Joseph F. Bianco
District Court of Eastern New York - Long Island
100 Federal Plaza
Central Islip, NY 11722

    Re: Public Administrator of the County of Nassau, as Administrator of the Estate of Emanuel McElveen, deceased v. County of Nassau, et al.
    Docket #: 2:17-cv-05623
    Our File #:7010653

Dear Honorable Sir:

Our office represents the Plaintiff in the above captioned matter.

Please allow this correspondence to advise the Court that we will be discontinuing our pending action as against NASSAU HEALTH CARE CORPORATION ONLY. The telephone conference scheduled by the Court for November 14, 2017 at 3:00 PM will no longer be necessary.

Attached is a signed Stipulation by all parties. It is respectfully requested that the Stipulation be So Ordered.

Thank you for the Court's time with this matter.

Respectfully submitted,

Nicholas E. Warywoda

NEW/lri
cc: Kerley, Walsh, Matera & Cinquemani, P.C., via electronic case filing