UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PUBLIC ADMINISTRATOR OF THE COUNTY OF
NASSAU, as Administrator of the Estate of EMANUEL
McELVEEN, deceased,

                    Plaintiff,

    -against-

COUNTY OF NASSAU, COUNTY OF NASSAU
CORRECTIONAL CENTER, NASSAU COUNTY
SHERIFF'S DEPARTMENT, NASSAU HEALTH CARE
CORPORATION, ARMOR CORRECTIONAL HEALTH
SERVICES, INC. and ARMOR CORRECTIONAL
HEALTH SERVICES OF NEW YORK, INC.,

                    Defendants.
-------------------------------------------------------------X

**STIPULATION OF
DISCONTINUANCE AS
AGAINST DEFENDANT**

Index No.: 2:17-cv-05623

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the
parties and attorneys of record in the above-entitled action, that no party is an infant,
incompetent person for whom a committee has been appointed, or conservatee, and no person
not a party has an interest in the subject matter of the action, the above-entitled action is hereby
discontinued with prejudice against **DEFENDANT NASSAU HEALTH CARE
CORPORATION ONLY,** and without costs or attorneys' fees to any party as against the other.

Dated: Port Washington, NY
      November 10, 2017

_____
Nicholas E. Warywoda
Parker Waichman LLP
Attorneys for Plaintiff
Public Administrator of Nassau County
6 Harbor Park Drive
Port Washington, NY 11050
(516) 466-6500
Our File No. 7010653

_____
Rosemary Cinquemani
Kerley, Walsh, Matera & Cinquemani, P.C.
Attorneys for Defendant
Nassau Health Care Corporation
2174 Jackson Avenue
Seaford, NY 11783
(516) 409-6200
File No. 15057

SO ORDERED:

_____
Judge Joseph F. Bianco