**PW Parker | Waichman LLP**
A NATIONAL LAW FIRM

NEW YORK | LONG ISLAND | NEW JERSEY | FLORIDA

6 Harbor Park Drive
Port Washington, NY 11050-4647
Phone 516.466.6500
Fax 516.466.6665
800.LAW.INFO (529.4636)
www.yourlawyer.com

April 25, 2019

**VIA ECF**

Honorable Gary Brown
District Court of Eastern New York - Long Island
100 Federal Plaza
Long Island Courthouse
Central Islip, NY 11722

    Re:    Public Administrator of Nassau County v. County of Nassau, et al.
    Docket #: 2:17-cv-05623
    Our File #:7010653

Honorable Sir:

This office represents the Plaintiff in the above referenced matter.

In response to the directive at the conference held on April 11, 2019, counsel is respectfully requesting a settlement conference before the Honorable Court at a time that is convenient for the Court.

Thank you for your attention to this matter.

Respectfully submitted,

Charles Silverstein

CS/lri
cc: Dale McLaren, Esq. (via ECF)
Lewis Brisbois Bisgaard & Smith LLP
Attorney for Defendant(s)
77 Water Street, Suite 2100
New York, NY 10005
(212) 232-1300