

6 Harbor Park Drive
Port Washington, NY 11050-4647

Phone 516.466.6500
Fax 516.466.6665
800.LAW.INFO (529.4636)
www.yourlawyer.com

May 12, 2020

**VIA ECF**

The Honorable Steven Tiscione
United States Magistrate Judge
District Court of Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    Public Administrator/McElveen v. County of Nassau, et al.
            Docket #: 2:17-cv-05623-GRB-ST
            Our File #:  7010653

Dear Honorable Sir:

We represent Plaintiff in the above captioned matter. Plaintiff respectfully requests a pre-motion conference seeking the relief of compelling Defendants to provide discovery.

This Honorable Court issued a Scheduling Order on March 18, 2020 ordering that Documents and Interrogatories be produced by May 8, 2020. To date, our office has not received any documents or heard from defense counsel seeking more time to provide same. The Order is attached listing the outstanding discovery.

 A good faith letter was emailed to defense counsel on April 21, 2020. A copy of that letter is annexed hereto. A response has not been provided by defense counsel to that letter.

We are now respectfully seeking Court intervention to order Defendants to provide the outstanding discovery to enable Plaintiff to continue prosecuting his case.

Thank you for your consideration with this matter.

Respectfully submitted,

Charles Silverstein

CS/lri
cc: Dale McLaren, Esq. via email