

Dale McLaren
77 Water Street, Suite 2100
New York, New York 10005
Dale.McLaren@lewisbrisbois.com
Direct: 646.783.1702

July 19, 2021

File No. 37527.49

<u>VIA ECF</u>

The Honorable Steven Tiscione
United States Magistrate Judge
Eastern District Court of New York
100 Federal Plaza
Central Islip, NY  11722

Re:  <u>Public Administrator/McElveen v. County of Nassau, et al.,
17-cv-05623 (GRB)(ST)</u>

Dear Judge Tiscione:

As you are aware, we represent the Defendants ("Defendants") in the above-captioned matter. The parties submit this joint correspondence to provide the court with an update as to the status of discovery. To date, all sides are up to date in terms of documentary discovery and the parties have conducted four (4) depositions thus far. However, within the recent discovery provided by the defendants is a CD containing roughly 20 hours of audio recordings of decedent's phone calls that still needs to be reviewed by plaintiff's counsel. As of the date of this missive, we anticipate at least three (3) additional depositions that still needs to be conducted before we can segue into expert discovery. In light of the remaining discovery to be completed, the parties do not believe that a further settlement conference would be productive at this time. However, we will update the Honorable court, whenever the parties get to a juncture that they believe a further settlement conference would be productive.

Very truly yours,

DALE MCLAREN of
LEWIS BRISBOIS BISGAARD & SMITH LLP

DM

Cc: Charles Silverstein, Esq. (via ECF