UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
PUBLIC ADMINISTRATOR OF THE COUNTY OF
THE COUNTY OF NASSAU, as Administrator of the Estate
of EMANUEL McELVEEN, deceased,

                      Plaintiff,

   -against-

COUNTY OF NASSAU, COUNTY OF NASSAU
CORRECTIONAL FACILTIY, NASSAU COUNTY
SHERIFF'S DEPARTMENT, NASSAU HEALTH CARE
CORPORATION, ARMOR CORRECTIONAL HEALTH
SERVICES, INC. and ARMOR CORRECTIONAL HEALTH
SERVICES OF NEW YORK, INC.,

                      Defendants.
-------------------------------------------------------------------x

Docket No. 2:17-cv-05623

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE**, that Cathleen Kelly Rebar, Esq. of REBAR KELLY, hereby appears in the above-captioned action as counsel for Defendants, ARMOR CORRECTIONAL HEALTH SERVICES, INC. and ARMOR CORRECTIONAL HEALTH SERVICES OF NEW YORK, INC., and respectfully requests that all communications in this matter be directed to his attention at the address set forth below.

    **PLEASE TAKE FURTHER NOTICE**, that all pleadings, notices, exchanges, disclosures, etc., and all correspondence relating to this action in the above-captioned proceeding must also be served upon REBAR KELLY.

DATED: New York, New York
             December 13, 2022

                    Respectfully Submitted,

                    **REBAR KELLY**

                    Cathleen Kelly Rebar, Esq.
                    Counsel for the Armor Defendants

TO ALL COUNSEL VIA ECF