# Parker | Waichman LLP
## A NATIONAL LAW FIRM
NEW YORK | LONG ISLAND | NEW JERSEY | FLORIDA

6 Harbor Park Drive
Port Washington, NY 11050-4647
Phone 516.466.6500
Fax 516.466.6665
800.LAW.INFO (529.4636)
www.yourlawyer.com

May 24, 2023

The Honorable Lee G. Dunst
United States Magistrate Judge
Eastern District Court of New York
100 Federal Plaza,
Central Islip, NY 11722

      Re: Public Administrator/McElveen v. County of Nassau, et. al.
         2:17-cv-05623-GRB-LGD
         JOINT STATUS LETTER

Dear Justice Dunst:

We are writing this joint status report pursuant to this Court's May 22, 2023 Order.

## Expert Discovery:

Expert discovery has been completed.

## Mediation:

The parties have not agreed to mediate.

At this time, the parties are able to meet the Court's dispositive motion and joint proposed pretrial order deadlines. Thank you for your courtesy in this matter.

        Respectfully submitted,

        Gerard Ryan, III

cc: Conway, Farrell, Curtin & Kelly, P.C.
   Rebar Kelly