

Cathleen Kelly Rebar, Esquire
Direct: 484-344-5298
CRebar@RebarKelly.com

October 13, 2023

**VIA ECF**
The Honorable Gary R. Brown
United States District Judge
Eastern District Court of New York
100 Federal Plaza
Central Islip, NY 11722

    **Re:** *Public Administrator/McElveen v. County of Nassau, Armor Correctional Health Services, et al.*
          **17-cv-05623 (GRB)(LGD)**

Dear Judge Brown:

    This office represents the Armor Defendants in the above-captioned matter. The undersigned counsel writes this letter to advise the Court that our professional relationship with Armor Correctional Health Services of New York, Inc. has irreparably broken down. As a result of this breakdown Rebar Kelly is requesting a pre- motion conference to seek leave to withdraw as counsel in accordance with Local Civil Rule 1.4.

    Currently, there is an outstanding payment for our services that has been outstanding for some time now, in violation of the retainer agreement in effect with Armor. On October 10, 2023, our office spoke with plaintiff's counsel. During our conversation, our office was advised that there was a rumor of Armor declaring bankruptcy. We did not learn about Armor's severe financial situation before the call with plaintiff's counsel. We reached out to Armor for clarification on October 10, 2023, but no response was received. We reached out to Armor again on October 12, 2023, and received a call back from Armor's Compliance Coordinator advising us that Armor was in process of liquidating all assets and hired a Florida attorney, Jordi Guso, Esq., to assist in the Assignment for the Benefit of Creditors proceedings. Our office has reached out to Mr. Guso but we received an email response stating he was out of the office October 11, 12 and 13, 2023. We

| 470 Norristown Rd. | 100 Overlook Center | Park 80 West – Plaza II | 424 Madison Avenue | 263 Tresser Blvd. | 4200 Regent St. |
| Suite 201 | 2nd Floor | 250 Pehle Ave., Ste. 200 | Suite 1001 | 9th Floor | Suite 200 |
| Blue Bell, PA 19422 | Princeton, NJ 08540 | Saddle Brook, NJ 07663 | New York, NY 10017 | Stamford, CT 06901 | Columbus, OH 43219 |
| 484.344.5340 | 609.375.2070 | 551.246.1642. | 212.858.9970 | 203.564.1971 | 614.245.2141. |
| Fax 484.344.5341 | eFax 888.761.8299 | eFax: 88.761.8299 | Fax 212.858.9971 | eFax: 888.761.8299 | eFax: 888.761.8299 |

www.rebarkelly.com

October 13, 2023
Page 2

_____

have advised Armor that we will need to make a motion to be relieved as counsel. They understood and agreed that this would be our best option.

Our office immediately discussed the situation with Attorney Ryan and Attorney Snyder. Both attorneys understood the situation.

In addition to requesting leave to file the motion to be relieved as counsel for Armor, our office respectfully requests an adjournment of the pretrial conference, currently scheduled for October 20, 2023, to allow our office time to make the requested motion. Counsel for the plaintiff and counsel for the co-defendant have consented to the adjournment.

      Very truly yours,

      **REBAR KELLY**

      Cathleen Kelly Rebar, Esquire
      Jayne L. Brayer, Esquire

cc:

All Counsel via ECF