

6 Harbor Park Drive
Port Washington, NY 11050-4647
Phone 516.466.6500
Fax 516.466.6665
800.LAW.INFO (529.4636)
www.yourlawyer.com

February 7, 2024

The Honorable Lee G. Dunst
United States Magistrate Judge
Eastern District Court of New York
100 Federal Plaza,
Central Islip, NY 11722

        **Re:**    **Public Administrator/McElveen v. County of Nassau, et. al.**
                  **2:17-cv-05623-GRB-LGD**

Dear Judge Dunst:

I represent Plaintiff in the above-referenced matter. I will not be opposing Defendant's motion to amend their answer.

                      Respectfully submitted,

                      Gerard Ryan, III

cc:    Conway, Farrell, Curtin & Kelly, P.C.