

April 2, 2025

The Honorable Lee G. Dunst
United States Magistrate Judge
Eastern District Court of New York
100 Federal Plaza,
Central Islip, NY 11722

                Re:     Public Administrator/McElveen v. County of Nassau, et. al.
                          2:17-cv-05623-GRB-LGD

Dear Judge Dunst:

I write in response to the Court's April 1, 2025 Order. I have attached a copy of the contract extension between Nassau County and Armor. The first page Bates Stamped LBBS (K-3) 000001, shows that the contract was in effect from June 1, 2015 to May 31, 2017.

Additionally, the parties previously stipulated to the fact that Armor was under contract with Nassau County to provide medical and health services to inmates at NCCC from 2011 to 2017, which is inclusive of decedent's incarceration. *See* the Joint Pretrial Order at 7(C).

                                                    Respectfully submitted,

                                                      Gerard Ryan, III

cc via ECF:    Conway, Farrell, Curtin & Kelly, P.C.