UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PUBLIC ADMINISTRATOR OF THE COUNTY OF NASSAU, as Administrator of the Estate of EMANUEL McELVEEN, deceased,

                        Plaintiff,

    -against-

COUNTY OF NASSAU, COUNTY OF NASSAU CORRECTIONAL CENTER, NASSAU COUNTY SHERIFF'S DEPARTMENT, ARMOR CORRECTIONAL HEALTH SERVICES, INC. and ARMOR CORRECTIONAL HEALTH SERVICES OF NEW YORK, INC.,

                        Defendants.
----------------------------------------------------------------X

Case No.: 2:17-cv-05623-GRB-LGD

**DECLARATION OF HOWARD R. SNYDER**

Howard R. Snyder, an attorney admitted to practice in the United States District Court for the Eastern District of New York, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

1. I am of counsel to the law firm of CONWAY, FARRELL, CURTIN & KELLY, P.C., counsel to the County of Nassau ("the County") in the captioned case and I am fully familiar with the facts and circumstances of this action, such knowledge having been obtained upon my review of the file maintained by this office during the course of this litigation.

2. The County respectfully withdraws its objections to Armor's HIV Protocol, which is listed as numbers 5 and 11 in Plaintiff's proposed Exhibit List.

Dated: April 10, 2025
      New York, New York

                                          */s/ Howard R. Snyder*
                                          Howard R. Snyder
                                          **CONWAY, FARRELL, CURTIN & KELLY, P.C.**
                                          48 Wall Street, 25th Floor
                                          New York, New York 10005
                                          P: (212) 785-2929; F: (212) 785-7229
                                          Email: hsnyder@conwayfarrell.com
                                          *Counsel for Defendant,* County of Nassau