

6 Harbor Park Drive
Port Washington, NY 11050-4647
Phone 516.466.6500
Fax 516.466.6665
800.LAW.INFO (529.4636)
www.yourlawyer.com

*Via ECF*

April 16, 2025

The Honorable Lee G. Dunst
United States Magistrate Judge
Eastern District Court of New York
100 Federal Plaza,
Central Islip, NY 11722

        **Re: Public Administrator of the County of Nassau v. County of Nassau, et. al.
        Dkt. No. 2:17-cv-05623-GRB-LGD**

Dear Magistrate Judge Dunst:

Plaintiff will call Thomas Beilein as an in-person witness at the time of trial.

Thank you for your attention in this matter.

        Respectfully submitted,

        Gerard Ryan, III

cc:    Conway, Farrell, Curtin & Kelly, P.C.