

6 Harbor Park Drive
Port Washington, NY 11050-4647
Phone 516.466.6500
Fax 516.466.6665
800.LAW.INFO (529.4636)
www.yourlawyer.com

*Via ECF*

June 5, 2025

The Honorable Lee G. Dunst
United States Magistrate Judge
Eastern District Court of New York
100 Federal Plaza,
Central Islip, NY 11722

    Re: Public Administrator of the County of Nassau v. County of Nassau, et. al.
     Dkt. No. 2:17-cv-05623-GRB-LGD

Dear Magistrate Judge Dunst:

Pursuant to the Court's order dated April 25, 2025, the parties are submitting their Joint Status Letter to advise the Court of the status of settlement.

On May 19, 2025, defense counsel sent plaintiff's counsel the Release and Stipulation of Voluntary Discontinuance. Plaintiff's counsel reviewed the aforementioned documents and sent proposed revisions to the release on May 29th and June 2nd. The parties met and conferred on June 4th and discussed the proposed changes. A revised version of the release will be exchanged soon and Plaintiff's counsel will present it to the Public Administrator for signature.

With respect to the parties' default judgment against Armor Correctional, the parties have reached out to the Assignee for the Assignment for the Benefit of Creditors ("ABC") action. The Assignee responded to the parties' inquiry with additional information about the status of the ABC action and scope of the claims pending against Armor Correctional. In light of this additional information, counsel for each party is meeting with their client to discuss the practicality of pursuing an inquest against Armor Correctional and likelihood of recovery.

Defense counsel has taken the necessary steps to ensure that this case will be placed on the legislative docket and is awaiting confirmation of the date that the legislature will be able to hear it.

| PARKER WAICHMAN LLP | CONWAY FARRELL |
|---|---|
| /s/ *Gerard Ryan* | /s/ *Anne Marie Esposito* |
| By:_____ | By:_____ |
| Gerard Ryan | Anne Marie Esposito, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 6 Harbor Park Drive | County of Nassau, |
| Port Washington, NY 11050 | 48 Wall Street, 20 Fl. |
| T: (516) 466-6500 | New York, NY 10005 |
| F: (516) 466-6665 | P: 212-785-2929 |
| e-mail: gryan@yourlawyer.com | F: 212-785-7229 |
| File No. 7010653 | EMAIL: amesposito@conwayfarrell.com |