

6 Harbor Park Drive
Port Washington, NY 11050-4647
Phone 516.466.6500
Fax 516.466.6665
800.LAW.INFO (529.4636)
www.yourlawyer.com

*Via ECF*

July 11, 2025

The Honorable Lee G. Dunst
United States Magistrate Judge
Eastern District Court of New York
100 Federal Plaza,
Central Islip, NY 11722

          **Re: Public Administrator of the County of Nassau v. County of Nassau, et. al.
          Dkt. No. 2:17-cv-05623-GRB-LGD**

Dear Magistrate Judge Dunst:

Pursuant to the Court's order dated June 6, 2025, the parties are submitting their Joint Status Letter to advise the Court of the status of settlement.

Legislative approval for the settlement has been obtained. Plaintiff has submitted a request to Medicaid to obtain a final lien amount. A response is anticipated within thirty days. Upon receipt, the parties will proceed with preparing an application to the Nassau County Surrogate's Court for issuance of a wrongful death Decree.

Plaintiff's counsel has had discussions with the Public Administrator's counsel about the Default Judgment against Armor Correctional. We are currently awaiting a response from the Public Administrator.

| PARKER WAICHMAN LLP | CONWAY FARRELL |
|---|---|
|    /s/ *Gerard Ryan* |    /s/ *Anne Marie Esposito* |
| By:_____ | By:_____ |
| Gerard Ryan | Anne Marie Esposito, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 6 Harbor Park Drive | County of Nassau, |
| Port Washington, NY 11050 | 48 Wall Street, 20 Fl. |
| T: (516) 466-6500 | New York, NY 10005 |
| F: (516) 466-6665 | P: 212-785-2929 |
| e-mail: gryan@yourlawyer.com | F: 212-785-7229 |
| File No. 7010653 | EMAIL: amesposito@conwayfarrell.com |