UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PUBLIC ADMINISTRATOR OF THE COUNTY OF NASSAU, as Administrator of the Estate of EMANUEL McELVEEN, deceased,

Plaintiff,

Case No.: 2:17-cv-05623-GRB-LGD

-against-

COUNTY OF NASSAU, COUNTY OF NASSAU CORRECTIONAL CENTER, NASSAU COUNTY SHERIFF'S DEPARTMENT, ARMOR CORRECTIONAL HEALTH SERVICES, INC. and ARMOR CORRECTIONAL HEALTH SERVICES OF NEW YORK, INC.,

Defendants.
-----------------------------------------------------------------X

**DECLARATION OF GERARD RYAN, ESQ.**

Pursuant to 28 U.S.C. Section 1746, I hereby declare as follows:

1. I am an attorney duly admitted to practice before the Courts of the State of New York and the United States District Court for the Eastern District of New York.
2. I am Senior Litigation Counsel at Parker Waichman LLP, attorneys for Plaintiff in this action. I am the primary attorney representing Plaintiff in the above-captioned case. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge or my review of relevant documents. If called upon to testify, I could and would testify competently to the facts set forth in this Declaration.
3. I respectfully submit this Declaration pursuant to the Court's May 4, 2026 Order requesting a firm deadline to finalize the settlement. In compliance with this Court's directive, I respectfully propose December 31, 2026 as a firm deadline to finalize the settlement. The proffered date is subject to multiple factors, addressed below.

4. Throughout this process, counsel for the Public Administrator has been and will continue to be the primary attorneys handling the preparation and filing of the petition to the Nassau County Surrogate's Court to compromise and settle the causes of action commenced on behalf of the Estate of Emanuel McElveen.
5. Counsel for the Public Administrator advised that the petition was filed today.
6. I have met and conferred with Counsel for the Public Administrator. Counsel for the Public Administrator has relayed the following information to me based upon their extensive experience with the Nassau County Surrogate's Court.
7. Counsel for the Public Administrator recently contacted the Nassau County Surrogate's Court and was advised that the current average timeframe from the filing of the petition to receipt of a Decision and Order is approximately two (2) to three (3) months.
8. It is also anticipated that the Surrogate's Court will appoint a Guardian ad Litem on behalf of the infant distributee.
9. The Guardian ad Litem will review the petition, structured settlement, disbursements, speak with counsel, and prepare a report for the Surrogate's Court. This report will be reviewed by the Surrogate's Court before a Decision and Order is issued.
10. Once the Decision and Order is issued, Counsel for the Public Administrator will quickly prepare a proposed decree, which should be so-ordered in approximately two (2) weeks.
11. If the Surrogate's Court and Guardian ad Litem follow the estimated timeframes above, the decree will be issued in approximately September, 2026.
12. Pursuant to the Settlement Agreement and Release, Plaintiff will serve the County Defendants with the decree and payment will be issued within ninety (90) days.

13. This action will immediately be discontinued with prejudice upon receipt of the settlement funds.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2026

______________________________

Gerard Ryan