Parker | Waichman LLP
A NATIONAL LAW FIRM
NEW YORK | LONG ISLAND | NEW JERSEY | FLORIDA

6 Harbor Park Drive
Port Washington, NY 11050-4647
Phone 516.466.6500
Fax 516.466.6665
800.LAW.INFO (529.4636)
www.yourlawyer.com

*Via ECF*

October 16, 2026

The Honorable Lee G. Dunst
United States Magistrate Judge
Eastern District Court of New York
100 Federal Plaza,
Central Islip, NY 11722

**Re: Public Administrator of the County of Nassau v. County of Nassau, et. al.**
**Dkt. No. 2:17-cv-05623-GRB-LGD**

Dear Magistrate Judge Dunst:

Pursuant to the Court's order dated September 8, 2026, the parties are submitting their Joint Status Letter to advise the Court of the status of settlement. The Guardian Ad Litum for Emir T. McElveen, an infant (10 years old) filed her Report & Recommendation approving the settlement on September 30, 2026, with the Nassau County Surrogate's Court. We are awaiting a decision from the Court.

PARKER WAICHMAN LLP
By: */s/Brett A. Zekowski*
Brett A. Zekowski
Attorneys for Plaintiff
6 Harbor Park Drive
Port Washington, NY 11050
T: (516) 466-6500
F: (516) 466-6665
Email: bzekowski@yourlawyer.com
File No. 7010653

MORRIS DUFFY ALONSO FALEY & PITCOFF
By: */s/ Anne Marie Esposito*
Anne Marie Esposito
Attorneys for Defendants
County of Nassau,
101 Greenwich Street, 22nd Flr.
New York, NY 10006
P: 212-766-1888
F: 212-766-3252
EMAIL: aesposito@mdafny.com